■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN ORTEGA, Appellant. [696 NYS2d 844] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered June 13, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his

contention that his guilt of the crimes charged was not proven by legally sufficient evidence because the testimony of the undercover officer was inconsistent, unreliable, and uncorroborated by other evidence (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. S. Miller, J. P., Sullivan, Altman and McGinity, JJ., concur.